

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:     01-17-00352-CR

Style:     Nelson Oroyo Rodriguez v. The State of Texas

Date motion filed*:     November 15, 2017

Type of motion:     Second Motion for Extension of Time to File Appellant's Brief

Party filing motion:     Appellant's appointed counsel Tom Abbate

Document to be filed:     Appellant's Brief

Is appeal accelerated?     No.

If motion to extend time:

     Original due date:     September 15, 2017

     Number of extensions granted:     1     Current Due Date:  November 14, 2017

     Date Requested:     December 29, 2017 (105 days from original due date)

Ordered that motion is:

     ☑ Granted

          If document is to be filed, document due:  December 29, 2017.

          ☑     No further extensions of time will be granted.

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☑ Other: _____

     Although the Court of Criminal Appeals' extension order has expired, because appellant's counsel's request states, among other things, that Hurricane Harvey has continued to affect his practice, his second extension is **granted**, but counsel is warned that **no further extensions will be granted** due to the total length requested. *See* Extension of Emergency Order Authorizing Modification and Suspension of Court Procedures in Proceedings Affected by Disaster, Misc. Docket No. 17-013 (Tex. Crim. App. Sept. 26, 2017); TEX. R. APP. P. 2, 38.6(d). Accordingly, if appellant's brief is not filed by **December 29, 2017**, this Court may abate this case. *See id.* 38.8(b)(2).

Judge's signature: /s/ Laura C. Higley

          ☑ Acting individually     ☐ Acting for the Court

Date: November 21, 2017

November 7, 2008 Revision